UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:  Bankr. Case No. 15-73916-WLH-13

Linda R Chester  Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 29, 2015 :

    Carson R. Walden                           Nancy Whaley
    Suite 757                                     303 Peachtree Center Ave
    315 W. Ponce de Leon Avenue         Suite 120
    Decatur, GA 30033                      Altanta, GA 30303

By /s/ Mandy Youngblood

       Mandy Youngblood

xxxxx78963 / 724899