IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 15-73916-wlh |
| LINDA RAKESTRAW CHESTER, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, ROBERT J. SOLOMON, of the firm of SOLOMON BAGGETT, LLC, and files this Entry of Appearance as attorney for AUTOMOBILE ACCEPTANCE CORPORATION, a creditor and party in interest in the above-styled case, and requests receipt of all notices and orders entered in this case.

RESPECTFULLY SUBMITTED this 11th day of January, 2016.

/s/robert j. solomon
ROBERT J. SOLOMON
GA Bar No. 666635

For the Firm of
SOLOMON BAGGETT, LLC
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Telephone:    (678) 243-2515
Facsimile:    (678) 243-2518
rsolomon@sb-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Entry of Appearance and Request for Notices upon the Debtor's Attorney, CARSON R. WALDEN, 315 W. Ponce de Leon Ave., Ste. 757, Decatur, GA 30033 and upon the Chapter 13 Trustee, NANCY J. WHALEY, 303 Peachtree Center Ave., Ste. 120, Atlanta, GA 30303, by first class U.S. Mail and/or ECF delivery.

This 11th day of January, 2016.

/s/robert j. solomon
ROBERT J. SOLOMON
GA State Bar No. 666635

For the Firm of
SOLOMON BAGGETT, LLC
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Telephone:    (678) 243-2515
Facsimile:    (678) 243-2518
rsolomon@sb-law.com